# United States Court of Appeals
## For the First Circuit

No. 08-1004

JUSTIN LEE WHITFIELD ET AL.,

Plaintiffs, Appellees,

v.

MUNICIPALITY OF FAJARDO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on April 23, 2009 is corrected as follows:

On page 10, line 1 of footnote 4, change "May 25 order" to "May 29 order"